UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY CHRISTINE SMART,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:20-CV-00737-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 17, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion.

DATED this 20th day of July, 2020.

*Richard A. Jones*
―――――――――――――――――
The Honorable Richard A. Jones
United States District Judge

Page 1      ORDER - [2:20-CV-00737-RAJ]