UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY CHRISTINE SMART,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:20-CV-00737-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

    Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows: Defendant shall have up to and including September 14, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date.

    DATED this 18th day of August, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Page 1    ORDER - [2:20-CV-00737-RAJ]